# KAUFMAN SEMERARO & LEIBMAN LLP

Attorneys-At-Law

Paul C. Kaufman
Mark J. Semeraro†
Marc E. Leibman†
Deena B. Rosendahl†
Justin D. Santagata†•
Gregory K. Asadurian

Jaime R. Placek†*
Bryan P. Regan†§
Scott Fahrney
Danielle M. Federico†
Rafael Corbalan†
Irene K. Asbury
Sean M. Kiley
Avi Meger†

Of Counsel
David R. Gelbert

† Licensed in NY
* Licensed in NE
§ Licensed in CA
• LLM, Advocacy and Dispute Resolution

Fort Lee Executive Park
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024

phone 201.947.8855
fax 201.947.2402

www.NorthJerseyAttorneys.com

90 East Halsey Road, Suite 385
Parsippany, New Jersey 07054

phone 973.585.6254
fax 862.701.5366

Woolworth Building
233 Broadway, Suite 2370
New York, New York 10279

phone 212.987.4000

Reply to:
Fort Lee, New Jersey

jsantagata@northjerseyattorneys.com

August 12, 2021

**VIA ECF**
Hon. Edward S. Kiel, U.S.M.J.
U.S. District Court of New Jersey
MLK Federal Bldg. & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    **Mohammed, et al v. Essex County Sheriff's Office, et al**
             **2:19-cv-22178-WJM-ESK**

Dear Judge Kiel:

    As you know, we represent Plaintiffs in the above case. The parties have reached a settlement in principle, subject to Defendants' respective formal approval processes and an appropriate written settlement constructed to the nature of the case. Accordingly, the parties consent to a "60-day order" for administrative termination without prejudice pending consummation of the written settlement.

    Thank you for your courtesies.

                      Respectfully,

                      *Justin D. Santagata*

                      JUSTIN D. SANTAGATA

JDS/bar
cc:    Alan Ruddy, Asst. County Counsel (via ecf)
        Howard M. Nirenberg, Esq. (via ecf)
        Client (via email)